IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

**United States of America,**

       **Plaintiff,**

v.                                                Case No. 06-20141-JWL

**Marco Antonio Nunez-Ramos,**

       **Defendant.**

## MEMORANDUM AND ORDER

In 2007, defendant Marco Antonio Nunez-Ramos pled guilty to possession with intent to distribute methamphetamine. He was sentenced to 235 months imprisonment and was released from BOP custody in October 2023. On November 17, 2025, the Clerk of the Court received a letter from defendant in which he "order[ed] the Termination and Liquidation of any and all Performance Bonds" associated with his criminal case. In his letter, defendant threatens to file a lien against the Clerk of the Court if the Clerk fails to comply with defendant's request and asks the Clerk to contact him regarding the settlement of his claims.

The letter has been docketed in this case as a Notice (doc. 158). Neither the court nor the Clerk of the Court will take any action with respect to this Notice. The court clearly has no jurisdiction over these matters, which bear the hallmarks of sovereign citizen claims that the court in this case has repeatedly rejected as without merit.

     **IT IS SO ORDERED.**

Dated this 19th day of November, 2025, at Kansas City, Kansas.

                                                s/John W. Lungstrum
                                                John W. Lungstrum
                                                United States District Judge